IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE INC., et al., | ) ) ) ) Civil Action No. 1:01-CV-02199 |
| Plaintiffs, | ) Judge Emmet G. Sullivan |
| v. | ) ) ) Next Status Conference: |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, | ) March 18, 2005 ) ) ) |
| Defendants. | ) ) |

## JOINT SETTLEMENT STATUS REPORT

On November 26, 2004, the Court ordered the parties in the above-captioned matter to file a report by March 11, 2005, "regarding the feasibility of settlement and, in the unlikely event that settlement is not reached, recommendations for scheduling the next phase of the litigation." Order, Nov. 26, 2004. The parties hereby submit this Joint Settlement Status Report in compliance with that Order.

Over the course of the last few months, the parties have had several promising discussions about settlement. Since the close of discovery on February 11, 2005, settlement negotiations have intensified, and the parties have been trading proposals in an effort to find a creative solution to their differences. On March 3, 2005, counsel for the parties met and agreed that these discussions should continue. In particular, the parties agreed that it would be useful to devote approximately two months to further settlement efforts.

Accordingly, the parties jointly request that the Court postpone further proceedings in this case – including scheduling of the next phase of litigation and the status conference now set

for March 18, 2005 – pending resolution of these settlement talks.  The parties respectfully suggest that the Court set a status conference roughly two months from now.  At such conference, if the parties have not reached a settlement by then, the parties will propose a schedule for summary judgment briefing and set a trial date.

      A proposed order is attached.

                                              Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Donald J. Munro, D.C. Bar No. 453600 | Gary Thompson, D.C. Bar No. 435315 |
| GOODWIN PROCTER LLP | GILBERT HEINTZ & RANDOLPH LLP |
| 901 New York Avenue, NW | 1100 New York Avenue, NW |
| Washington, D.C. 20001 | Suite 700 |
| Telephone:  (202) 346-4137 | Washington, D.C. 20005-3987 |
| Facsimile:  (202) 346-4444 | Telephone:  (202) 772-2200 |
|  | Facsimile:  (202) 772-3333 |
| Counsel for Defendants |  |
|  | Counsel for Plaintiffs |

Dated:  March 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 1:01-CV-02199 <br> Judge Emmet G. Sullivan |

## **ORDER**

Upon consideration of the parties' Joint Settlement Status Report,

IT IS HEREBY ORDERED that:

(1) The status conference set for March 18, 2005, at 10:30 a.m. is hereby cancelled; and

(2) The parties shall appear for a status conference on May __, 2005, at ____.

IT IS SO ORDERED THIS ____ DAY OF _____ 2005.

_____
UNITED STATES DISTRICT JUDGE

3

**COPIES TO:**

John D. Aldock, Esq.
Donald J. Munro, Esq.
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444

Michele Roberts, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for Defendants*

John P. Relman, Esq.
Shilpa Satoskar, Esq.
Steven Dane, Esq.
RELMAN & ASSOCIATES PLLC
1350 Connecticut Avenue, NW
Suite 304
Washington, DC 20036
Telephone:  (202) 728-1888
Facsimile:  (202) 728-0848

Beth A. Wilson, Esq.
COOPER & WALINSKI, LPA
900 Adams Street
Toledo, OH 43624
Telephone:  (419) 241-1200
Facsimile: (419) 242-5675

Reed Colfax, Esq.
Eliza Platts-Mills, Esq.
WASHINGTON LAWYERS' COMMITTEE
 FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone:  (202) 319-1000
Facsimile:  (202) 319-1010

*Co-Counsel for Fair Housing Groups*

John E. Heintz, Esq.
Gary S. Thompson, Esq.
Elizabeth Feinberg, Esq.
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20006
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

*Counsel for All Plaintiffs*

C. Thomas McCarter, Esq.
LAW OFFICE OF C. THOMAS MCCARTER
421 N. Michigan
Suite D
Toledo, OH 43624
Telephone:  (419) 255-9100
Facsimile:  (419) 255-9198

*Co-Counsel for Individual Plaintiffs*

4