IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
NATIONAL FAIR HOUSING ALLIANCE INC.,     )
        et al.,                          )
                                         )          Civil Action No. 1:01-CV-02199
        Plaintiffs,                      )          Judge Emmet G. Sullivan
                                         )
        v.                               )
                                         )          Next Status Conference:
THE PRUDENTIAL INSURANCE COMPANY         )          December 15, 2005
OF AMERICA and PRUDENTIAL PROPERTY       )
& CASUALTY INSURANCE COMPANY,            )
                                         )
        Defendants.                      )
_____)

## JOINT STATUS REPORT

On October 25, 2005, the Court ordered the parties in this case – plaintiffs National Fair

Housing Alliance ("NFHA"), *et al.*, and defendant The Prudential Insurance Company of America

and Prudential Property & Casualty Insurance Company ("Prudential") – to "file, by no later than

December 8, 2005, their joint proposals for a briefing schedule on potentially dispositive motions

and pretrial proceedings," in preparation for a status conference on December 15, 2005.

The parties are continuing to discuss settlement, aided by mediator Linda Singer.  To

maximize the chances of success in those discussions, the parties respectfully request that they be

permitted to file their proposed litigation schedule on or before December 14, 2005.  However,

the parties ask that the Court *not* change the date of the upcoming status conference, but rather

leave it set for December 15, 2005.  If there is no settlement, the parties will be prepared to fully

explain their proposed schedules at that status conference.

Respectfully submitted,

/s/_____

Donald J. Munro, D.C. Bar No. 453600
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, D.C. 20001
Telephone:  (202) 346-4137
Facsimile:  (202) 346-4444

Counsel for Defendants


Dated:  December 7, 2005

/s/_____

Gary Thompson, D.C. Bar No. 435315
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005-3987
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NATIONAL FAIR HOUSING ALLIANCE INC., )
    et al., )
                             )
    Plaintiffs, )
                             )
    v. )
                             )
THE PRUDENTIAL INSURANCE COMPANY )
OF AMERICA and PRUDENTIAL PROPERTY )
& CASUALTY INSURANCE COMPANY, )
                             )
    Defendants. )
_____)

Civil Action No. 1:01-CV-02199
Judge Emmet G. Sullivan

## ORDER

     Upon consideration of the parties' Joint Motion to Continue Status Conference,

     IT IS HEREBY ORDERED that:

     The parties shall file their joint proposals for a briefing schedule on potentially

dispositive motions and pretrial proceedings no later than December 14, 2005.

     IT IS SO ORDERED THIS ____ DAY OF _____ 2005.

_____
UNITED STATES DISTRICT JUDGE

**COPIES TO:**

John D. Aldock, Esq.
Donald J. Munro, Esq.
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444

Michele Roberts, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for Defendants*

John P. Relman, Esq.
Steven Dane, Esq.
Reed Colfax, Esq.
RELMAN & ASSOCIATES PLLC
1350 Connecticut Avenue, NW
Suite 304
Washington, DC 20036
Telephone:  (202) 728-1888
Facsimile:  (202) 728-0848

Beth A. Wilson, Esq.
COOPER & WALINSKI, LPA
900 Adams Street
Toledo, OH 43624
Telephone:  (419) 241-1200
Facsimile: (419) 242-5675

Eliza Platts-Mills, Esq.
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone:  (202) 319-1000
Facsimile:  (202) 319-1010

*Co-Counsel for Fair Housing Groups*

John E. Heintz, Esq.
Gary S. Thompson, Esq.
Elizabeth Feinberg, Esq.
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20006
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

*Counsel for All Plaintiffs*

C. Thomas McCarter, Esq.
LAW OFFICE OF C. THOMAS MCCARTER
421 N. Michigan
Suite D
Toledo, OH 43624
Telephone:  (419) 255-9100
Facsimile:  (419) 255-9198

*Co-Counsel for Individual Plaintiffs*

2