```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 01-2199 (EGS) ) ) |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### <u>O R D E R</u>

Upon consideration of the representations of counsel that a settlement in principal has been reached between the parties, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court pending finalization of settlement terms by no later than January 20, 2006.

**Signed:   Emmet G. Sullivan**
**            United States District Judge**
**            December 15, 2005**