IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., et al.<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY<br>　　　　　Defendants. | Civil Action No. 1:01CV02199<br><br>Judge Emmet G. Sullivan |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all Parties to this action - - Plaintiffs National Fair Housing Alliance, Inc., Housing Opportunities Made Equal of Richmond, Inc., Fair Housing Council of Suburban Philadelphia, Toledo Fair Housing Center, Metropolitan Milwaukee Fair Housing Council, Inc., Dr. Monica Holiday-Goodman, Justina Alsup, Robert Scales, and Defendants The Prudential Insurance Company of America, Inc., and Prudential Property and Casualty Insurance Company - - by and through counsel, do hereby voluntarily dismiss this action and all claims, with prejudice.  All parties are responsible for their own costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ John P. Relman | /s/ Donald J. Munro per auth. 1/23/06 |
| John P. Relman, Esq.<br>Relman & Associates, PLLC<br>1225 19th Street, NW Suite 600<br>Washington, DC  20036-2456<br>Telephone:  (202) 728-1888<br>Telecopier:  (202) 728-0848 | Donald J. Munro, Esq.<br>Goodwin Procter<br>901 New York Avenue, NW<br>Washington, D.C. 20001<br>Telephone:  (202) 346-4137<br>Telecopier:  (202) 346-4444 |
| /s/ John Heintz per auth. 1/19/06 | |
| John Heintz, Esq.<br>Gilbert Heintz & Randolph<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC  20005-3987<br>Telephone:  (202) 772-2200<br>Telecopier:  (202) 772-3333 | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 24th day of January, 2006, caused the foregoing Stipulated Notice of Voluntary Dismissal to be filed electronically and served by regular First Class mail upon:

Beth A. Wilson, Esq.
COOPER & WALINSKI
900 Adams Street
Toledo, OH 43624

C. Thomas McCarter, Esq.
LAW OFFICE OF C. THOMAS MCCARTER
421 N. Michigan, Suite D
Toledo, OH 43624

/s/ John P. Relman
John P. Relman